# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08-CV-371-GCM

| | |
|---|---|
| KEN L. WOMACK, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO BANK, N.A., )<br>    Defendant. )<br>) | ORDER |

      THIS MATTER IS BEFORE THE COURT on its own motion. After reviewing the above captioned case, the undersigned must recuse himself.

      IT IS THEREFORE ORDERED that this case be re-assigned to another Judge.

      IT IS SO ORDERED.

Signed: November 10, 2008

Graham C. Mullen
United States District Judge

**Signed: December 9, 2005**

Graham C. Mullen
Chief United States District Judge